IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DORIS Y. WOMACK | ) Case No. 19-10789-JCO |
| | ) |
| Debtor. | ) |

ORDER APPROVING REAFFIRMATION AGREEMENT
WITH MODIFICATION

This matter came before the Court for a hearing on June 11, 2019, on the reaffirmation agreement (Doc. 9) between the Debtor and Creditor, Ditech Financial, LLC filed pursuant to 11 U.S.C. § 524. The Debtor seeks to reaffirm an agreement with respect to real property identified as 2619 Burgess Street, Mobile, Alabama. There is no presumption of undue hardship and the debtor was represented by an attorney in negotiating the agreement. However, Creditor Ditech Financial, LLC added a $250.00 "bankruptcy fee" to the debt, which the Court construes as an attorney's fee for reviewing the reaffirmation agreement.

In accordance with applicable law and this District's previous orders on the subject, the Court has reviewed the attorney's fee for reasonableness and finds that the fee should be reduced. The Court therefore approves the reaffirmation agreement (Doc. 9) but modifies the agreement to allow a reasonable attorney's fee of $100.00 for a total reaffirmed amount of $56,774.44.

Dated: June 13, 2019

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE